■ In the Matter of TIFFANY PROMOTIONS, INC., Appellant, v MARY JO BANE, as Commissioner of the New York State Department of Social Services, et al., Respondents. [616 NYS2d 203] —Appeal by the petitioner from an order and judgment (one paper) of the Supreme Court, Nassau County (Wager, J.), entered October 2, 1992, which dismissed its petition.

Ordered that the order and judgment is affirmed, with costs, for reasons stated by Justice Wager at the Supreme Court. Thompson, J. P., Balletta, Krausman and Florio, JJ., concur.